NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OSCAR GONZALEZ-LOPEZ, | No. 07-75123 |
| Petitioner, | Agency No. A077-985-991 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 16, 2010[**]

Before:     TASHIMA, BERZON, and CLIFTON, Circuit Judges.

Oscar Gonzalez-Lopez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

law, *Mielewczyk v. Holder*, 575 F.3d 992, 994 (9th Cir. 2009), and we deny the petition for review.

The agency properly concluded that Gonzalez-Lopez is statutorily ineligible for cancellation of removal because his conviction for violation of California Penal Code § 273.5 is categorically a crime of domestic violence under 8 U.S.C. § 1227(a)(2)(E)(i). *See* 8 U.S.C. § 1229b(b)(1)(C); *Banuelos-Ayon v. Holder*, 611 F.3d 1080, 1083 (9th Cir. 2010); *see also* 8 U.S.C. § 1229a(c)(3)(B) (listing permissible documents for proof of conviction).

**PETITION FOR REVIEW DENIED.**